# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## FLORENCE DIVISION

| | | |
|---|---|---|
| Sergio Caridi, | ) | Civil Action Number: 4:08-2978-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| John B. Sawyer, individually, and as an | ) | |
| officer of the South Carolina Highway | ) | |
| Patrol, and the South Carolina | ) | |
| Department of Public Safety, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court upon the motion of Plaintiff, pursuant to Rule 41(a)(2), FRCP, to voluntarily dismiss Defendant South Carolina Department of Public Safety with prejudice from this lawsuit. Defendant South Carolina Department of Public Safety, through counsel, has consented to the dismissal with prejudice of Plaintiff's claims. Defendant John B. Sawyer, individually and as an officer of the South Carolina Highway Patrol, through his counsel, has also consented to the dismissal with prejudice of the South Carolina Department of Public Safety.

IT IS THEREFORE ORDERED, with the consent of the parties, that any and all of Plaintiff's claims against Defendant South Carolina Department of Public Safety are hereby

dismissed with prejudice and forever barred.

    IT IS SO ORDERED.

_____
United States District Court Judge

January 14, 2010
Florence, South Carolina


I so move:

*s/ J. Thomas McBratney, III*
Counsel for Plaintiff

I so consent:

*s/ Matthew B. Rosbrugh*
Counsel for Defendant South Carolina
Department of Public Safety

I so consent:

*s/ Vinton D. Lide*
Counsel for Defendant Sawyer

WE CONSENT AND AGREE:

MAGUIRE LAW FIRM

By: S / Ian D. Maguire
    Ian D. Maguire
    ID No. 6282
    607 Briarwood Drive, Ste. 1
    Myrtle Beach, South Carolina 29572
    (843) 361-7549

Attorneys for Plaintiff, Gloria Stutts